# Katten
#### Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

MARGARET MCQUADE
margaret.mcquade@katten.com
212.940.6664 direct
212.940.8776 fax

April 24, 2020

**Via ECF**
Honorable Vernon S. Broderick
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *Fischler v. Alex Mill Company, LLC* **(Case No. 1:20-cv-01620)**
**Defendant Alex Mill Company, LLC's first request for extension of time to answer or otherwise respond to the Complaint, with consent from Plaintiff**

Dear Judge Broderick:

My firm represents Defendant Alex Mill Company, LLC, in the above-referenced action. We write to respectfully request an extension of time to answer or otherwise respond to the Complaint from April 2, 2020 up to (and including) **Monday, June 1, 2020**. Plaintiff has consented to the requested extension of time.

This is the Defendant's first request for an extension to answer or otherwise respond to the Complaint. Defendant makes this request for an extension because its offices have been closed under government mandate for several weeks due to the Covid-19 crisis, and as such, Defendant was unaware that it had been served with the Complaint. Defendant's counsel recently discovered the existence of this litigation while performing a routine Pacer search.

We thank the Court for its time and attention to this matter. Should Your Honor have any questions, please do not hesitate to contact the undersigned attorney.

                        Respectfully submitted,
                        KATTEN MUCHIN ROSENMAN LLP

                            /s/ Margaret McQuade

cc:     All counsel of record (via ECF and email)